

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

**MARY B. QUIMBY**
Assistant Attorney General
General Litigation Division

PHONE: (512) 475-4092
FAX: (512) 320-0667
EMAIL: mary.quimby@oag.texas.gov

June 29, 2023

<u>**Via CM/ECF:**</u>
Judge Sim Lake
United States Courthouse
515 Rusk Street, Room 9535
Houston, TX 77002

Re: Civil Action No. 4:21-cv-03728; *Jane Doe and John Doe, Attorney-in-Fact for A.T. v. Texas A&M University*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Lake:

With regard to the matter referenced above, this letter serves as written notice that I will be on parental leave for 12 weeks beginning June 29, 2023. During this time period, I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled. I would also request that no discovery be propounded during this period.

Should you need to contact me during this time, please feel free to contact my assistant, Laura Hendrix, at (512) 463-5574. Thank you for your attention and assistance in this matter.

Very truly yours,

*/s/ Mary B. Quimby*
MARY B. QUIMBY
Assistant Attorney General
General Litigation Division

MBQ/lh

cc: all counsel of record