United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE ET AL., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-03728 |
| TEXAS A&M UNIVERSITY, *Defendant*. | § § § | |

### ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

On this day the Court considered the Joint Motion to Amend Docket Control Order (the "Motion"). After considering the Motion and the other pleadings in this matter, the Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Docket Control Order is hereby **AMENDED** to reflect the following new deadlines:

a. Discovery deadline: April 25, 2024
b. Mediation deadline: May 23, 2024
c. Dispositive motion deadline: May 30, 2024
d. Pretrial motions: June 27, 2024
e. Joint pretrial order: July 18, 2024
f. Docket Call: August 9, 2024 at 3:00 pm

**SIGNED** on this the 28th day of November, 2023.

SIM LAKE
UNITED STATES DISTRICT JUDGE