UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE ET AL., §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>TEXAS A&M UNIVERSITY, §<br>*Defendant*. § | Civil Action No. 4:21-cv-03728 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs John Doe and Jane Doe (collectively, "Plaintiffs") and Defendant Texas A&M University ("TAMU") announce to the Court that they agree to a Stipulation for Dismissal with Prejudice of all claims made by the Plaintiffs against Defendant in this action with the parties to bear their own costs.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing Plaintiffs' claims against Defendant in this action with prejudice with the parties to bear their own costs.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Mary B. Quimby*
**MARY B. QUIMBY**
*Attorney in Charge*
Texas Bar No. 24132506
Southern District Bar No. 3821837
**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Southern District Bar No. 2338094
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
mary.quimby@oag.texas.gov
benjamin.walton@oag.texas.gov

ATTORNEYS FOR DEFENDANT

*s/ Sarah A. Brown*
Sarah A. Brown
Missouri State Bar No. 37513
BROWN & CURRY, LLC
1600 Genessee Street, Suite 956
Kansas City, Missouri 64102
(816) 756-5458
Fax: (816) 666-9596
sarah@brownandcurry.com

*s/ Martin J. Cirkiel*
Martin J. Cirkiel, Esq.
Texas State Bar No.: 00783829
CIRKIEL & ASSOCIATES, P.C.
1901 E. Palm Valley Boulevard
Round Rock, TX 78664
Telephone: (512) 244-6658
Facsimile: (512) 244-6014
marty@cirkielaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I filed the above Joint Stipulation of Dismissal with Prejudice with the Court using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/ Mary B. Quimby*
**MARY B. QUIMBY**
