United States District Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE ET AL., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-03728 |
| TEXAS A&M UNIVERSITY, *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice of Plaintiffs John Doe and Jane Doe, and Defendant Texas A&M University.

Having considered the Stipulation, the Court finds that the case hereby is DISMISSED WITH PREJUDICE.

SIGNED on this the 17th day of July, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE